# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143629 & (17)(18)(21)(22)

REPRESENTATIVE PAUL H. SCOTT,
      Plaintiff-Appellant,

v

DIRECTOR OF ELECTIONS,
      Defendant-Appellee.

SC: 143629
COA: 305479
Genesee CC: 11-096468-AA

_____/

      On order of the Court, the motion to file a brief amicus curiae and the motions for immediate consideration are GRANTED. The application for leave to appeal the August 23, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2011

_____
Clerk

h0906